# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Reinaldo Sanchez,       ) | No. CV-05-2950-PHX-DGC (MEA) |
| Petitioner,   ) | **ORDER** |
| v.                     ) |  |
| Joe Arpaio,           ) |  |
| Respondent.  ) |  |

Pending before the Court are Petitioner Reinaldo Sanchez's civil rights complaint and United States Magistrate Judge Mark E. Aspey's Report and Recommendation ("R&R"). Docs. ##1, 6. The R&R recommends that the Court dismiss the complaint without prejudice for failure to comply with Rule 3.4, Local Rules of Civil Procedure for the United States District Court for the District of Arizona, and Rule 41(b), Federal Rules of Civil Procedure. Doc. #6 at 2.

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and dismiss the complaint. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed.

1  R. Civ. P. 72(b) (same).

2  **IT IS ORDERED:**

3  1.  Magistrate Judge Mark E. Aspey's R&R (Doc. #6) is **accepted**.

4  2.  Petitioner Reinaldo Sanchez's civil rights complaint (Doc. #1) is **dismissed**.

5  3.  The Clerk of Court shall **terminate** this action.

6  DATED this 10th day of May, 2006.

*David G. Campbell*
United States District Judge